## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WEST FLAGLER ASSOCIATES, LTD., a
Florida Limited Partnership d/b/a MAGIC CITY
CASINO,

BONITA-FORT MYERS CORPORATION, a
Florida Corporation d/b/a BONITA SPRINGS
POKER ROOM,

     *Plaintiffs*,

  v.

DEB HAALAND, in her official capacity as
SECRETARY OF THE UNITED STATES
DEPARTMENT OF THE INTERIOR,

UNITED STATES DEPARTMENT OF THE
INTERIOR,

     *Defendants.*

Civil Action No.  1:21-cv-02192-DLF

## JOINT MOTION TO SET BRIEFING SCHEDULE

Plaintiffs West Flagler Associates, Ltd., d/b/a Magic City Casino, and Bonita-Fort Myers

Corporation, d/b/a Bonita Springs Poker Room (hereinafter "Plaintiffs"), and Defendants Deb

Haaland, in her official capacity as Secretary of the United States Department of Interior, and the

United States Department of Interior (hereinafter "Defendants") (together with Plaintiffs, "the

Parties") jointly move this Court to set a briefing schedule for one or more motions that the Parties

expect to file in the next few weeks.[1]  The purpose of this joint motion is to propose a schedule for the Parties to present to the Court the purely legal issues in this case in a time frame that will allow for a decision on those issues by or before November 15, 2021 – which is the date that Plaintiffs contend that the relevant provisions of the tribal state compact at  issue in this case are scheduled to be implemented.

**BACKGROUND**

Plaintiffs' complaint in this action challenges the deemed approval of a 2021 Gaming Compact between the Seminole Tribe of Florida (the "Tribe") and State of Florida that, among other things, authorizes the Tribe to offer online sports betting to patrons physically located anywhere in Florida (the "Compact"). Dkt. 1 at 11-15; Dkt. 1, Exh. A. The Compact was submitted to Defendant Haaland for approval pursuant to the Indian Gaming Regulatory Act ("IGRA"), and was approved by operation of law on August 5, 2021, when the Secretary neither approved nor disapproved the Compact after forty-five days. 25 U.S.C. § 2710(d)(8).

The Complaint is brought under the Administrative Procedure Act, 5 U.S.C. § 551, *et seq.*, and the Fifth Amendment to the United States Constitution. Among other contentions, Plaintiffs argue that the Secretary's deemed approval of the online sports betting portions of the Compact was contrary to law, arbitrary and capricious, and *ultra vires* because it allegedly contravenes and exceeds Defendants' authority under IGRA. Plaintiffs further contend that the deemed approval of the Compact was unlawful because the Compact allegedly authorizes transactions that violate the Wire Act and the Unlawful Internet Gambling Enforcement Act, and that the deemed approval allegedly violated the equal protection guarantee of the Due Process Clause of the Fifth

---

[1] Pursuant to Local Rule 7(m), and as set forth herein, the Parties confirm that they conferred in the preparation of this Joint Motion to Set Briefing Schedule.

2

Amendment of the United States Constitution. Dkt. 1 at 38-41. Defendants have not yet answered or otherwise responded to the Complaint.

Plaintiffs contend that certain of their claims present questions of law that may be resolved without the need for production of the administrative record and that they are entitled to summary judgment on those claims. Further, Plaintiffs contend that they will sustain substantial irreparable harm if the online sports betting provision of the Compact is not preliminarily enjoined or permanently set aside prior to November 15, 2021, when Plaintiffs contend the online sports betting provisions of the Compact are currently scheduled to become operational.[2] Plaintiffs thus intend to file a motion for partial summary judgment and, in the alternative, for preliminary injunction no later than September 21, 2021. Defendants deny the validity of Plaintiffs' claims, dispute Plaintiffs' entitlement to any such relief, and intend to oppose Plaintiffs' motion and potentially file a cross-motion raising one or more grounds for dismissal or other relief.

To facilitate orderly resolution of these issues, enable simultaneous resolution of the parties' respective motions, and enable the parties to complete briefing of any motions sufficiently in advance of November 15, 2021, counsel for the Parties met and conferred and jointly submit the following proposed briefing schedule for the Court's approval:

| Deadline | Filing |
|---|---|
| September 21, 2021 | Plaintiffs will file their motion for summary judgment, a motion for preliminary injunction, or both in the alternative, along with a memorandum of law and accompanying support. |

---

[2] Plaintiffs currently expect the Tribe to begin operating online sports betting pursuant to the Compact on November 15, 2021 based on representations Plaintiffs received from a representative of the Tribe.

| October 12, 2021 | Defendants will file their response to Plaintiffs' motion(s) and any cross-motion they deem appropriate, along with a memorandum of law and accompanying support. |
|---|---|
| October 19, 2021 | Plaintiffs will file their reply brief in support of their motion(s), as well as responses to any cross-motion filed by Defendants. |
| October 26, 2021 | Defendants will file their reply brief(s) in support of any cross-motion. |

Pursuant to Local Rule Civil Rule 65.1 and 16.1(a), the Parties also respectfully request that the Court schedule a hearing to hear legal arguments on the motions in advance of the November 15, 2021, date on which Plaintiffs contend the online sports betting provisions of the Compact will be implemented.

Accordingly, for the reasons set forth above, the Parties jointly move the Court to enter the briefing schedule set forth above. A proposed order with the requested relief accompanies this motion.

September 14, 2021

By: /s/ *Hamish P.M. Hume*
**BOIES SCHILLER FLEXNER LLP**

Hamish P.M. Hume
Amy L. Neuhardt
Samuel C. Kaplan
1401 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
hhume@bsfllp.com
aneuhardt@bsfllp.com
skalpan@bsfllp.com

TODD KIM
Assistant Attorney General
Environment & Nat. Res. Division

/s/ *Rebecca M. Ross*
REBECCA M. ROSS
Trial Attorney, Indian Res. Section
Environment & Nat. Res. Division
United States Department of Justice
P.O. Box 7611, Washington, DC 20044
Tel: (202) 616-3148
rebecca.ross@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEST FLAGLER ASSOCIATES, LTD., a Florida Limited Partnership d/b/a MAGIC CITY CASINO,<br><br>BONITA-FORT MYERS CORPORATION, a Florida Corporation d/b/a BONITA SPRINGS POKER ROOM,<br><br>*Plaintiffs*,<br><br>vs.<br><br>DEB HAALAND, in her official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>*Defendants.* | Civil Action No. 1:21-cv-02192-DLF |

### [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion to Set Briefing Schedule, it is hereby:

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the following briefing schedule is entered:

| Deadline | Filing |
|---|---|
| September 21, 2021 | Plaintiffs will file their motion for summary judgment, a motion for preliminary injunction, or both in the alternative, along with a memorandum of law and accompanying support. |
| October 12, 2021 | Defendants will file their response to Plaintiffs' motion(s) and any cross-motion they deem appropriate, along with a memorandum of law and accompanying support. |
| October 19, 2021 | Plaintiffs will file their reply brief in support of their motion(s), as well as responses to any cross-motion filed by Defendants. |
| October 26, 2021 | Defendants will file their reply brief(s) in support of any cross-motion. |

And it is further **ORDERED** that a hearing to resolve the briefing shall be set for

_____, 2021.

**SO ORDERED.**

Date: _____                    _____

The Honorable Dabney L. Friedrich
United States District Judge