IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEST FLAGLER ASSOCIATES, LTD., d/b/a MAGIC CITY CASINO, and BONITA-FORT MYERS CORPORATION, d/b/a BONITA SPRINGS POKER ROOM,<br><br>       *Plaintiffs,*<br><br> vs.<br><br>DEB HAALAND, in her official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>       *Defendants.* | Case No. 1:21-cv-02192-DLF |

**JOINT RESPONSE OF PLAINTIFFS AND DEFENDANTS TO
MINUTE ENTRY OF OCTOBER 4, 2021**

Plaintiffs West Flagler Associates, Ltd., d/b/a Magic City Casino, and Bonita-Fort Myers Corporation, d/b/a Bonita Springs Poker Room (hereinafter "Plaintiffs"), and Defendants Deb Haaland, in her official capacity as Secretary of the United States Department of Interior, and the United States Department of Interior (hereinafter "Defendants") (together with Plaintiffs, "the Parties") jointly respond to this Court's Minute Entry of October 4, 2021, requesting that the Parties advise the Court: (1) whether the Court should consolidate this case with *Monterra MF, LLC et al. v. Haaland et al.*, 21-cv-2513-DLF ("*Monterra*"), and 2) if so, whether the existing briefing schedule and November 5, 2021 hearing date should be modified.

The Parties agree that this case and *Monterra* should not be consolidated. The cases have separate claims and separate parties, and should have separate appeals. The Parties likewise agree

1

that the existing schedule and November 5 hearing date should remain in place. The Parties, however, have no objection to coordinating the cases so long as the existing schedule and hearing are not disrupted, including holding the hearing on motions in the *Monterra* case on November 5 as well if the Court deems it appropriate.[1]

If the Court chooses to hear motions filed in the *Monterra* case on November 5, the Parties respectfully request that additional time be allocated to the hearing if the Court's calendar otherwise allows and that issues in this case be argued first, issue by issue, with time for *Monterra's* counsel to assert any additional or diverging points on each issue after the Parties in this case have spoken. To the extent that the *Monterra* Plaintiffs raise claims and arguments in their briefing that are not raised in this litigation, the Parties respectfully suggest that those issues be argued after completion of all argument relevant to this matter.

          Respectfully submitted,

          By: /s/ *Hamish P.M. Hume*
          **BOIES SCHILLER FLEXNER LLP**

          Hamish P.M. Hume
          Amy L. Neuhardt
          Samuel C. Kaplan
          1401 New York Avenue, N.W.
          Washington, DC 20005
          Tel: (202) 237-2727

---

[1] The Parties have conferred on the questions raised by the Court's order with counsel for both the Seminole Tribe of Florida (putative intervenors in this case) and the *Monterra* plaintiffs. It is our understanding that all agree that: (a) consolidation is not warranted, and (b) no one seeks to disrupt the briefing scheduled already established by the Court in this case. The *Monterra* parties will submit their own statement responding to the Court in that case, where they may also propose a briefing schedule for that case that would allow the motions in the *Monterra* case also to be heard on November 5. As noted above, the *West Flagler* plaintiffs do not object to this so long as it does not disrupt the November 5 hearing date in this case, and provided that argument proceeds in an orderly fashion that ensures the *West Flagler* plaintiffs are heard first on the motions in their case.

Fax: (202) 237-6131
hhume@bsfllp.com
aneuhardt@bsfllp.com
skaplan@bsfllp.com

Jon L. Mills (*pro hac vice*)
100 SE Second Street
Suite 2800
Miami, FL 33131
Tel: (305) 357- 8449
Fax: (305) 539-1307
jmills@bsfllp.com

*Attorneys for Plaintiffs*

TODD KIM
Assistant Attorney General
Environment & Nat. Res. Division

By: /s/ *Rebecca M. Ross*
    REBECCA M. ROSS
    HILLARY K. HOFFMAN
    Trial Attorneys, Indian Res. Section
    Environment & Nat. Res. Division
    United States Department of Justice
    P.O. Box 7611, Washington, DC 20044
    Tel: (202) 616-3148
    rebecca.ross@usdoj.gov
    hillary.hoffman@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 8, 2021, this document was filed with the Clerk of the Court of the U.S. District Court of the District of Columbia by using the CM/ECF system, which will automatically generate and serve notices of this filing to all counsel of record.

Dated: October 8, 2021

                                                  /s/ Hamish P.M. Hume

                                                  Hamish P.M. Hume
                                                  1401 New York Ave, N.W.
                                                  Washington, DC 2005
                                                  Tel: (202) 237-2727
                                                  Fax: (202) 237-6131
                                                  hhume@bsfllp.com