IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WEST FLAGLER ASSOCIATES, LTD., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DEB HAALAND, in her official capacity as Secretary of the United States Department of The Interior, et al., <br><br> *Federal Defendants.* | Civil Action No. 1:21-cv-02192-DLF |

**NOTICE OF WITHDRAWAL OF *FEDERAL DEFENDANTS' MOTION TO TRANSFER VENUE OR IN THE ALTERNATIVE, STAY THIS PROCEEDING***

Deb Haaland, in her official capacity as Secretary of the Interior, and the United States Department of the Interior ("Federal Defendants"), by and through their undersigned counsel, previously filed *Federal Defendants' Motion to Transfer Venue or in the Alternative, Stay this Proceeding* (ECF 26). Federal Defendants requested in that motion that this Court transfer this case to the United States District Court for the Northern District of Florida, where Plaintiffs' parallel suit against the Governor of the State of Florida and the Secretary of Florida's Department of Business and Professional Regulation was already pending. *See West Flagler Assoc., Ltd. v. DeSantis*, No. 4:21-CV-00270 (N.D. Fla.). Federal Defendants requested in that motion, in the alternative, that this case be stayed pending resolution of Plaintiffs' parallel Northern District of Florida suit.

On October 18, 2021, the United States District Court for the Northern District of Florida dismissed Plaintiffs' suit. In light of such development, Federal Defendants provide notice of its withdrawal of *Federal Defendants' Motion to Transfer Venue or in The Alternative, Stay this*

*Proceeding* (ECF 26). While conferral is not required to notice a withdrawal of a motion, Federal Defendants have conferred with Plaintiffs, who stated that they consent to the withdrawal.

Respectfully submitted this 25th day of October, 2021.

                                  TODD KIM
                                  Assistant Attorney General
                                  Environment and Natural Resources Division

|                                   |                                                    |
|-----------------------------------|----------------------------------------------------|
|                                   | */s/ Hillary K. Hoffman*                           |
|                                   | HILLARY K. HOFFMAN, Trial Attorney                 |
|                                   | REBECCA M. ROSS, Trial Attorney                    |
|                                   | Indian Resources Section                           |
|                                   | Environment and Natural Resources Division         |
|                                   | United States Department of Justice                |
| OF COUNSEL:                       | P.O. Box 7611, Ben Franklin Station                |
| Jody H. Schwarz                   | Washington, DC 20044                               |
| Senior Attorney                   | Telephone:  (202) 598-3147                         |
| Office of the Solicitor           | Facsimile:  (202) 305-0275                         |
| Division of Indian Affairs        | Email: hillary.hoffman@usdoj.gov                   |
|                                   |                                                    |
|                                   | *Attorneys for Federal Defendants*                 |

## CERTIFICATE OF SERVICE

I, Hillary Hoffman, hereby certify that on October 25th, 2021, I caused the foregoing NOTICE OF WITHDRAWAL OF *FEDERAL DEFENDANTS' MOTION TO TRANSFER VENUE OR IN THE ALTERNATIVE, STAY THIS PROCEEDING* to be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Hillary K. Hoffman*
HILLARY K. HOFFMAN, Trial Attorney
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice