IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEST FLAGLER ASSOCIATES, LTD., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior, et al.; <br><br> *Federal Defendants*. | Civil Action No. 1:21-cv-02192-DLF |

**[PROPOSED] ORDER
DENYING MOTION TO DISMISS**

The Court, having read and considered the Motion to Dismiss filed by the Seminole Tribe of Florida ("Tribe"), together with all related filings and argument, it is hereby:

**ORDERED** that the Tribe's Motion to Dismiss is **DENIED**.

Dated: _____                    _____
                                                                     Hon. Dabney L. Friedrich
                                                                     United States District Judge