# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEST FLAGLER ASSOCIATES, LTD., d/b/a MAGIC CITY CASINO, and BONITA-FORT MYERS CORPORATION, d/b/a BONITA SPRINGS POKER ROOM, <br><br> *Plaintiffs,* <br><br> vs. <br><br> DEB HAALAND, in her official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR and UNITED STATES DEPARTMENT OF THE INTERIOR, <br><br> *Defendants.* | Case No. 1:21-cv-02192-DLF |

## MOTION FOR LEAVE TO FILE RESPONSE TO AMICUS CURIAE BRIEF OF THE STATE OF FLORIDA

With this motion, Plaintiffs seek leave to file the attached response to the amicus curiae brief of the State of Florida ("Florida"). Florida submitted its amicus brief in support of Defendants' motion to dismiss and memorandum in opposition to Plaintiffs' motion for summary judgment. Florida characterizes Defendants' motion and opposition as focusing on "procedural matters" and purports to defend the lawfulness of the Compact by addressing "three of plaintiffs' merits arguments" as to why the Compact is unlawful. ECF 28 at 2.

As a state, Florida was not required to seek leave to file its amicus brief under LCvR 7(o), and it did not meet and confer with Plaintiffs prior to filing or otherwise notify Plaintiffs of its intent to do so. Additionally, Florida submitted its filing on the evening of the deadline for Plaintiffs' final substantive filing in this case—*i.e.*, Plaintiffs' reply memorandum in support of summary judgment and opposition to Defendants' motion to dismiss. Plaintiffs thus have had no

opportunity to address Florida's arguments which, Florida asserts, were also not made by the Federal Defendants. Plaintiffs do not oppose the Court's consideration of Florida's amicus brief but respectfully request that we be permitted to file the attached response, both in the interests of fairness and the Court's efficient consideration of the issues in this case.

Pursuant to LCvR 7(m), Plaintiffs conferred with Federal Defendants prior to filing this motion, and Federal Defendants informed Plaintiffs that they take no position on Plaintiffs' motion and do not intend to file a response. Plaintiffs therefore request that this motion be granted and the attached response be docketed as filed.

Respectfully submitted,

By: /s/ *Hamish P.M. Hume*
    **BOIES SCHILLER FLEXNER LLP**

Hamish P.M. Hume
Amy L. Neuhardt
Samuel C. Kaplan
Chloe M. Houdre
1401 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
hhume@bsfllp.com
aneuhardt@bsfllp.com
skaplan@bsfllp.com
choudre@bsfllp.com

Jon L. Mills (*pro hac vice*)
100 SE Second Street
Suite 2800
Miami, FL 33131
Tel: (305) 357- 8449
Fax: (305) 539-1307

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2021, this document and all its attachments were filed with the Clerk of the Court of the U.S. District Court of the District of Columbia by using the CM/ECF system, which will automatically generate and serve notices of this filing to all counsel of record.

Dated: October 29, 2021

                                           */s/ Hamish P.M. Hume*

                                           Hamish P.M. Hume
                                           1401 New York Ave, N.W.
                                           Washington, DC 2005
                                           Tel: (202) 237-2727
                                           Fax: (202) 237-6131
                                           hhume@bsfllp.com