# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WEST FLAGLER ASSOCIATES, LTD., d/b/a MAGIC CITY CASINO, and BONITA-FORT MYERS CORPORATION, d/b/a BONITA SPRINGS POKER ROOM,

    *Plaintiffs,*

vs.

DEB HAALAND, in her official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR and UNITED STATES DEPARTMENT OF THE INTERIOR,

    *Defendants.*

Case No. 1:21-cv-02192-DLF

## [PROPOSED] ORDER

Upon consideration of the Motion for Leave to File Response to Amicus Curiae Brief of the State of Florida, it is hereby:

**ORDERED** that Plaintiffs' Motion for Leave to File Response to Amicus Curiae Brief of the State of Florida is **GRANTED**.

                                            **SO ORDERED.**

Date: _____           _____

                                                          The Honorable Dabney L. Friedrich
                                                          United States District Judge