IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEST FLAGLER ASSOCIATES, LTD., d/b/a MAGIC CITY CASINO, and BONITA-FORT MYERS CORPORATION, d/b/a BONITA SPRINGS POKER ROOM,<br><br>*Plaintiffs,*<br><br>vs.<br><br>DEB HAALAND, in her official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>*Defendants.* | Case No. 1:21-cv-02192-DLF |

**PLAINTIFFS' NOTICE OF MATERIAL FACTUAL DEVELOPMENT AND INTENT TO RELY UPON ADDITIONAL EVIDENCE AT HEARING**

Plaintiffs West Flagler Associates, Ltd. and Bonita-Fort Myers Corporation (collectively, "Plaintiffs") submit this Notice of a Material Factual Development and Intent to Rely Upon Additional Evidence at the Hearing scheduled for Friday, November 5, 2021 in this matter.

First, a factual development has occurred that is material to the argument scheduled for this Friday, November 5, 2021. As set forth in Plaintiffs' filings in this matter, a representative of the Tribe employed by Hard Rock Digital informed Plaintiffs that the Tribe would not implement online sports betting in Florida until on or around November 15, 2021. ECF 9 at 2, 3, 4; ECF 19 at 8 n.4, 44; ECF 19-3 at ¶ 23; ECF 30 at 30, 33; ECF 31 at 23, 25. Plaintiffs relied on that date in their motion papers. However, contrary to Plaintiffs' understanding, the Tribe actually launched its online sports gaming operation this Monday, November 1, 2021, via a phone app called "Hard Rock Sportsbook." *See* Exhibit A.

1

2

As a result of this material development, Plaintiffs give notice to Defendants, the putative intervenor Tribe, and the Court of Plaintiffs' intent at the upcoming hearing to present and rely upon the public record evidence included in Exhibit A.

November 3, 2021

                Respectfully submitted,

                By: /s/ *Hamish P.M. Hume*
                **BOIES SCHILLER FLEXNER LLP**

                Hamish P.M. Hume
                Amy L. Neuhardt
                Samuel C. Kaplan
                Chloe M. Houdre
                1401 New York Avenue, N.W.
                Washington, DC 20005
                Tel: (202) 237-2727
                Fax: (202) 237-6131
                hhume@bsfllp.com
                aneuhardt@bsfllp.com
                skaplan@bsfllp.com
                choudre@bsfllp.com

                Jon L. Mills (*pro hac vice*)
                100 SE Second Street
                Suite 2800
                Miami, FL 33131
                Tel: (305) 357- 8449
                Fax: (305) 539-1307

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2021, this document and all its attachments were filed with the Clerk of the Court of the U.S. District Court of the District of Columbia by using the CM/ECF system, which will automatically generate and serve notices of this filing to all counsel of record.

Dated:  November 3, 2021

                                                    */s/ Hamish P.M. Hume*

                                                    Hamish P.M. Hume
                                                  1401 New York Ave, N.W.
                                                  Washington, DC 2005
                                                  Tel: (202) 237-2727
                                                  Fax: (202) 237-6131
                                                  hhume@bsfllp.com