# EXHIBIT A





SATURDAY DOWN SOUTH   SATURDAY TRADITION   SATURDAY FOOTBALL   SPORTS BETTING

# SATURDAY DOWN SOUTH

# Suprise! Hard Rock Sportsbook launches Florida online sports betting

*Robert Linnehan | 2 days ago*

There was no notice, no signs that Florida and the Seminole Tribe would launch Florida online sports betting today.

But here we are. The Seminole Tribe and Hard Rock Sportsbook has officially launched online sports betting in the state. As first reported by Andy Slater of Fox Sports 640, Florida residents can create and fund sports betting accounts with the Hard Rock Sportsbook app and place sports bets.

### FLORIDA ONLINE SPORTS BETTING IS LIVE



Florida online sports betting still faces a mountain of legal challenges, but for now it is live and allowing residents to place bets.

Online sports betting was included in the approved Florida and Seminole

## TRENDING

 **42,210 READS**
College GameDay gets called out after revealing Week 10 destination

 **31,236 READS**
An open letter to Dan Mullen ...

 **20,532 READS**
Paul Finebaum reveals his SEC Coach of the Year selection

## LATEST NEWS
VIEW ALL

 **15 MINUTES AGO**
Ben Roethlisberger praises Najee Harris' development: 'He wants to do more than just be a great runner'

 **31 MINUTES AGO**
Odell Beckham Jr. excused from Browns practice, reportedly 'not on the team right now'

 **35 MINUTES AGO**
CFB insider Bruce Feldman details Florida struggles, questions whether Gators are going in right direction

 **57 MINUTES AGO**
Minnesota announces extension for P.J. Fleck

 **1 HOUR AGO**
Bryan Harsin reflects on first year at Auburn, compliments Jimbo Fisher's game planning

 **1 HOUR AGO**
Lane Kiffin discusses Hugh Freeze's impact on SEC offenses, Ole Miss' injury situation

Tribe gaming compact and has long been a point of contention with Florida pari-mutuels and anti-gambling state groups.



### LAUNCH AHEAD OF FEDERAL HEARING MAY PROVE COSTLY

A lawsuit filed in Washington, D.C., by West Flagler Associates against Deb Haaland, Secretary of the U.S. Department of the Interior, will likely determine the future of Florida online sports betting and will be heard this Friday, Nov. 5.

The D.C. lawsuit will be heard in an Article III regulated court by an objective judicial body.

The Seminole Tribe's decision to launch online sports betting prior to the hearing may prove to be a costly decision, Daniel Wallach, principal at Wallach Legal, told *Saturday Down South*.

> "Jumping the gun in advance of a federal court hearing (directed to that very issue) will likely not go over well with the federal district court judge, particularly after it was represented in court papers that the launch would not be before November 15. That may prove to be another unforced error. We'll see on Friday," he said.

Prior agency interpretations of IGRA, two failed prior attempts by Congress to amend IGRA to expand its reach to include online sports betting, a Ninth Circuit U.S. Court of Appeals affirmation that bettors placing mobile wagers outside tribal lands is not protected by IGRA and Florida's prior admission on an almost identical point all lead to trouble for the online sports betting component of the gaming compact, Wallach previous told *Saturday Down South*.



**ROBERT LINNEHAN**

Robert is an expert on sports betting in the United States, specifically the legalization process and regulation surrounding the industry.

12:30



Scott Powers ✓
@ScottFist

It is now legal to place sports bets on a smart phone in Florida. The Hard Rock Sportsbook app has gone live. And yes, as Rep. @VoteRandyFine suggested, you can do it in your bathtub. I tried. It worked. (I'll prolly lose, but that's another story.) floridapolitics.com/archives/46961…



Tweet your reply

   





NEWS / THE BUZZ ON FLORIDA POLITICS

# Florida pari-mutuels, Seminole Tribe reach sports betting agreements

Tampa Bay Downs and TGT Poker & Racebook in Tampa are among the facilities that made deals.



THE TRIBE HAS SO FAR NEGOTIATED AGREEMENTS WITH FIVE PARI-MUTUEL FACILITIES THAT WILL MARKET SPORTS BETTING AND GET A 60 PERCENT CUT OF PROFITS GENERATED BY THE MARKETING.

By News Service of Florida

Published Oct 28
Updated Oct 29

TALLAHASSEE — Continuing to move forward with a major gambling deal with the state, the Seminole Tribe of Florida has reached agreements with five pari-mutuel facilities to help market sports betting — including Tampa Bay Downs and TGT Poker & Racebook in Tampa.

The gambling deal, which was negotiated by Gov. Ron DeSantis this spring and approved by lawmakers during a May special session, allows the tribe to operate online sports betting that will be available to people throughout the state.

But part of the deal also called for the tribe to negotiate agreements with pari-mutuel facilities that would market sports betting and get a 60 percent cut of profits generated by the marketing. The tribe announced Thursday that it has reached agreements with the Palm Beach Kennel Club; Hialeah Park Casino, Ocala Gainesville Poker and Ocala Breeders' Sales Co., Tampa Bay Downs, and TGT Poker & Racebook in Tampa.



The tribe, which said it expects to sign agreements with other pari-mutuels, has not announced when sports betting will start.

"Today's announcement follows through on the tribe's commitment to include pari-mutuel marketing partners in Florida sports betting," Jim Allen, CEO of Seminole Gaming and chairman of Hard Rock International, which is owned by the Seminole Tribe, said in a prepared statement. "They are an important component for the coming launch of sports betting throughout the state of Florida."

Sports betting was banned in most of the country until the U.S. Supreme Court in 2018 struck down a federal law in a New Jersey case. Since then, many states have started allowing betting on sporting events, at least in part as a way to bring in tax dollars.

The new Florida law will allow gamblers anywhere in the state to place sports bets on smartphones or other online devices, with the bets run through servers on Seminole Tribe property. Pari-mutuels that enter contracts with the tribe will market sports betting at their facilities.

Under the deal, known as a compact, the tribe is expected to pay $2.5 billion to the state over the first five years. That is in exchange for being allowed to operate sports betting and offer games such as craps and roulette at tribal casinos.

The tribe said Thursday the state received a first payment of $37 million in October. DeSantis issued a statement describing the compact as "historic."



"Not only will this compact bring a guaranteed $2.5 billion in revenue over the next five years, but it also brings together Florida pari-mutuel businesses from across the state in a creative partnership with the Seminole Tribe, providing increased access to safe and transparent sports betting in Florida," DeSantis said.

But the compact has drawn legal challenges, at least in part because of the sports betting plan.

Owners of the pari-mutuels Magic City Casino in Miami-Dade County and Bonita Springs Poker Room in Southwest Florida have filed a federal lawsuit in Washington, D.C., as have two prominent South Florida businessmen and the group No Casinos.

Those pending lawsuits were filed against the U.S. Department of the Interior, which oversees Indian gambling issues and allowed the compact to move forward.

The owners of Magic City Casino and Bonita Springs Poker Room also filed a federal lawsuit in Tallahassee, but U.S. District Judge Allen Winsor dismissed that case this month.

Among other things, the owners of Magic City Casino and Bonita Springs Poker Room have argued that sports betting operated by the tribe will hurt their businesses.

"The 2021 compact will significantly harm plaintiffs' businesses by introducing online gaming into Florida and granting the tribe the exclusive right to engage in it," the lawsuit filed in Tallahassee said. "As a result, anyone physically located in Florida, including plaintiffs' customers, will be able to engage in sports betting online with the tribe from their home or from any Florida location where they have access to an internet connection. This approval will therefore have a significant and potentially devastating competitive impact on plaintiffs and the brick-and-mortar businesses who depend for their profits on individuals coming into their businesses to engage in gaming activities."





— BY JIM SAUNDERS

**Subscribe to notifications**

## TRENDING NOW

*Ads by Revcontent*



**Impossible to Shop For? Try These 44 Cool Gifts**
Smart Lifestyle Trends



**Washington: Say Bye to Your Auto Insurance Bill if You Live in These Zip Codes**
Auto Savings



**These Are the Top Financial Advisors in Washington**
SmartAsset



**7 Mistakes You'll Make Hiring a Financial Advisor**
SmartAsset



**Withdrawing Retirement Funds Soon? Don't Do This:**
SmartAsset



**District of Columbia Seniors with No Life Insurance Get a $250k Policy for $18/month**
Smart Lifestyle Trends



© 2021 All Rights Reserved | Times Publishing Company

**SUBSCRIBE**

**NEWSLETTERS**

CONTACT US

JOIN US

MEDIA KIT

PLACE AN AD

LEGAL DISCLAMERS

LEGAL NOTICES

SITEMAP

SEARCH

**Need help?**
CALL CUSTOMER SERVICE
1 (800) 888-7012

    

SUBSCRIBE TO THE TAMPA BAY TIMES:
Act now!
Savings up to 70%!