# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEST FLAGLER ASSOCIATES *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>DEB HAALAND,<br>Secretary, U.S. Department of the Interior,<br>*et al.*,<br><br>    *Defendants.* | No. 21-cv-2192 (DLF) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the plaintiffs' Motion for Summary Judgment, Dkt. 19, is **GRANTED**. It is further

**ORDERED** that the Seminole Tribe of Florida's Motion for Limited Intervention, Dkt. 13, is **DENIED** as moot.  It is further

**ORDERED** that the defendants' Motion to Dismiss, Dkt. 25, is **DENIED**.

The Clerk of Court is directed to close this case.

*(signature)*
_____
DABNEY L. FRIEDRICH
United States District Judge

November 22, 2021