IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEST FLAGLER ASSOCIATES, LTD., a Florida Limited Partnership d/b/a MAGIC CITY CASINO,<br><br>BONITA-FORT MYERS CORPORATION, a Florida Corporation d/b/a BONITA SPRINGS POKER ROOM,<br><br>   *Plaintiffs*,<br><br>v.<br><br>DEB HAALAND, in her official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>   *Defendants*. | Civil Action No.  1:21-cv-02192-DLF |

**CIVIL NOTICE OF APPEAL**

Notice is hereby given this 23rd day of November, 2021, that the Seminole Tribe of Florida hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's November 22, 2021 Order and Memorandum Opinion, ECF Nos. 42 and 43, granting Plaintiffs' Motion for Summary Judgment, denying Federal Defendants' Motion to Dismiss, and denying as moot the Seminole Tribe of Florida's Motion for Limited Intervention.

*/s/ Joseph H. Webster*
Joseph H. Webster (D.C. Bar No. 448458)
Kaitlyn E. Klass (D.C. Bar No. 1032219)
Elliott A. Milhollin (D.C. Bar No. 474322)
HOBBS STRAUS DEAN & WALKER, LLP
1899 L Street NW, Suite 1200
Washington, DC 20036
Telephone: (202) 822-8282
jwebster@hobbsstraus.com
kklass@hobbsstraus.com
emilhollin@hobbsstraus.com

*/s / Barry Richard*
Barry Richard (D.C. Bar No. 419850)
GREENBERG TRAURIG, P.A.
101 East College Avenue
Tallahassee, FL 32301
Telephone: (850) 222-6891
Facsimile: (850) 681-0207
richardb@gtlaw.com
greenel@gtlaw.com
flservice@gtlaw.com

Attorneys for Intervenor,
Seminole Tribe of Florida

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2021, I electronically filed the foregoing **Notice of Appeal** with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the Court's CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the CM/ECF system.

                                                   */s/ Joseph H. Webster*
                                                   Joseph H. Webster
                                                   HOBBS STRAUS DEAN & WALKER, LLP
                                                   1899 L Street NW, Suite 1200
                                                   Washington, DC 20036
                                                   Telephone: (202) 822-8282
                                                   jwebster@hobbsstraus.com

Persons entitled to be served:

| | |
|---|---|
| Amy Lynn Neuhardt<br>Chloe M. Houdre<br>Samuel C. Kaplan<br>Hamish P.M. Hume<br><br>BOIES SCHILLER FLEXNER, LLP<br>1401 New York Ave NW<br>Washington, DC 20005<br>Telephone: (202) 237-2727<br>aneuhardt@bsfllp.com<br>choudre@bsfllp.com<br>skaplan@bsfllp.com<br>hhume@bsfllp.com<br><br>Jon Lester Mills<br>2727 NW 58th Blvd<br>Gainesville, FL 32606<br>Telephone: (352) 538-0380<br>jmills@bsfllp.com<br><br>*Counsel for Plaintiffs* | Rebecca M. Ross<br>U.S. DEPARTMENT OF JUSTICE<br>Indian Resources Section, Environment &<br>Natural Resources<br>P.O. Box 7611<br>Washington, DC 20044<br>Telephone: (202) 616-3148<br>rebecca.ross@usdoj.gov<br><br>Hillary Hoffman<br>U.S. DEPARTMENT OF JUSTICE<br>Tax Division<br>150 M St NE<br>Washington, DC 20002<br>Telephone: (202) 598-3147<br>hillary.hoffman@usdoj.gov<br><br>*Counsel for Defendants* |