IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEST FLAGLER ASSOCIATES, LTD., a Florida Limited Partnership d/b/a MAGIC CITY CASINO,<br><br>BONITA-FORT MYERS CORPORATION, a Florida Corporation d/b/a BONITA SPRINGS POKER ROOM,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEB HAALAND, in her official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>*Defendants*. | Civil Action No.  1:21-cv-02192-DLF |

**[PROPOSED] ORDER GRANTING STAY PENDING APPEAL**

Upon consideration of the Seminole Tribe of Florida's Motion for Stay Pending Appeal and Motion for Expedited Consideration, and the entire record herein, it is hereby:

**ORDERED** that the Court's November 22, 2021 Order, ECF No. 42, and Memorandum Opinion, ECF No. 43, granting Plaintiffs' Motion for Summary Judgment, denying Federal Defendants' Motion to Dismiss, and denying as moot the Seminole Tribe of Florida's Motion for Limited Intervention are stayed pending final appeal of the November 22, 2021 Order and Memorandum Opinion.

Dated: _____                              _____
                                                                                The Honorable Dabney L. Friedrich
                                                                                United States District Court Judge

1

Persons entitled to be served:

| | |
|---|---|
| Amy Lynn Neuhardt<br>Chloe M. Houdre<br>Samuel C. Kaplan<br>Hamish P.M. Hume<br><br>BOIES SCHILLER FLEXNER, LLP<br>1401 New York Ave NW<br>Washington, DC 20005<br>Telephone: (202) 237-2727<br>aneuhardt@bsfllp.com<br>choudre@bsfllp.com<br>skaplan@bsfllp.com<br>hhume@bsfllp.com<br><br>Jon Lester Mills<br>2727 NW 58th Blvd<br>Gainesville, FL 32606<br>Telephone: (352) 538-0380<br>jmills@bsfllp.com<br><br>*Counsel for Plaintiffs* | Rebecca M. Ross<br>U.S. DEPARTMENT OF JUSTICE<br>Indian Resources Section, Environment &<br>Natural Resources<br>P.O. Box 7611<br>Washington, DC 20044<br>Telephone: (202) 616-3148<br>rebecca.ross@usdoj.gov<br><br>Hillary Hoffman<br>U.S. DEPARTMENT OF JUSTICE<br>Tax Division<br>150 M St NE<br>Washington, DC 20002<br>Telephone: (202) 598-3147<br>hillary.hoffman@usdoj.gov<br><br>*Counsel for Defendants* |