# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:21−cv−02192−DLF

| | |
|---|---|
| WEST FLAGLER ASSOCIATES, LTD. et al v. HAALAND et al<br>Assigned to: Judge Dabney L. Friedrich<br>Case: 1:21−cv−02513−DLF<br>Case in other court: 21−05265<br>United States District Court for the Northern Dist, 4:21−cv−270<br>Cause: 05:702 Administrative Procedure Act | Date Filed: 08/16/2021<br>Date Terminated: 11/22/2021<br>Jury Demand: None<br>Nature of Suit: 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

| | | |
|---|---|---|
| **WEST FLAGLER ASSOCIATES, LTD.**<br>*a Florida Limited Partnership*<br>*doing business as*<br>MAGIC CITY CASINO | represented by | **Amy Lynn Neuhardt**<br>BOIES, SCHILLER & FLEXNER, LLP<br>1401 New York Avenue, NW<br>11th Floor<br>Washington, DC 20005<br>(202) 274−1137<br>Fax: (202) 237−6131<br>Email: aneuhardt@bsfllp.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Chloe M. Houdre**<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Ave, NW<br>Washington, DC 20005<br>202−237−2727<br>Fax: 202−237−6131<br>Email: choudre@bsfllp.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jon Lester Mills**<br>2727 Nw 58th Blvd<br>Gainesville, FL 32606<br>352−538−0380<br>Email: jmills@bsfllp.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Samuel C. Kaplan**<br>BOIES, SCHILLER & FLEXNER LLP<br>1401 New York Avenue, NW<br>Washington, DC 20005<br>202−237−2727 |

|  |  |  |
|---|---|---|
|  |  | Email: skaplan@bsfllp.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Hamish P.M. Hume**<br>BOIES, SCHILLER & FLEXNER LLP<br>1401 New York Avenue, NW<br>Washington, DC 20005<br>(202) 237−6131<br>Fax: (202) 237−6131<br>Email: hhume@bsfllp.com<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br><br>**BONITA−FORT MYERS CORPORATION**<br>*a Florida Corporation*<br>*doing business as*<br>BONITA SPRINGS POKER ROOM | represented by | **Amy Lynn Neuhardt**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Chloe M. Houdre**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jon Lester Mills**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Samuel C. Kaplan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Hamish P.M. Hume**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

|  |  |  |
|---|---|---|
| **DEB HAALAND**<br>*in her official capacity as Secretary of the United States Department of the Interior* | represented by | Rebecca M. Ross<br>U.S. DEPARTMENT OF JUSTICE<br>Indian Resources Section, Environment and Natural Resources<br>P.O. Box 7611<br>Washington, DC 20044<br>(202) 616−3148<br>Email: rebecca.ross@usdoj.gov<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Hillary Hoffman**
DOJ−ENRD
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044
202−598−3147
Email: hillary.hoffman@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **DEPARTMENT OF THE INTERIOR** | represented by | **Rebecca M. Ross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Hillary Hoffman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **SEMINOLE TRIBE OF FLORIDA** | represented by | **Barry Richard**<br>GREENBERG TRAURIG, P.A<br>101 E College Avenue<br>Tallahassee, FL 32301<br>850−251−9678<br>Email: richardb@gtlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joseph H. Webster**<br>HOBBS, STRAUS, DEAN & WALKER, LLP<br>1899 L Street, NW<br>Ste 1200<br>Washington, DC 20036<br>202−822−8282<br>Fax: 202−296−8834<br>Email: jwebster@hobbsstraus.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Elliott A. Milhollin**<br>HOBBS, STRAUS, DEAN & WALKER, LLP<br>1899 L Street, NW<br>Suite 1200<br>Washington, DC 20036<br>(202) 822−8282<br>Email: emilhollin@hobbsstraus.com<br>*ATTORNEY TO BE NOTICED* |

Kaitlyn Elizabeth Klass
HOBBS, STRAUS, DEAN & WALKER, LLP
1899 L Street, NW
Suite 1200
Washington, DC 20036
(202) 822−8282
Email: KKlass@hobbsstraus.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF FLORIDA** represented by Henry Charles Whitaker
FLORIDA OFFICE OF THE ATTORNEY GENERAL
PL−01 The Capitol
Tallahassee, FL 32399−1050
850−414−3688
Email: henry.whitaker@myfloridalegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/16/2021 | 1 | | COMPLAINT against DEPARTMENT OF THE INTERIOR, DEB HAALAND ( Filing fee $ 402 receipt number ADCDC−8672128) filed by WEST FLAGLER ASSOCIATES, LTD., BONITA−FORT MYERS CORPORATION. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Civil Cover Sheet, # 10 Related Case Form, # 11 Summons Haaland, # 12 Summons Department of the Interior, # 13 Summons US Attorney for DC, # 14 Summons USAG)(Hume, Hamish) (Entered: 08/17/2021) |
| 08/17/2021 | 2 | | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by WEST FLAGLER ASSOCIATES, LTD. (Hume, Hamish) (Entered: 08/17/2021) |
| 08/17/2021 | 3 | | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by BONITA−FORT MYERS CORPORATION (Hume, Hamish) (Entered: 08/17/2021) |
| 08/17/2021 | 4 | | NOTICE OF RELATED CASE by BONITA−FORT MYERS CORPORATION, WEST FLAGLER ASSOCIATES, LTD.. Case related to (adh, ) (Entered: 08/17/2021) |
| 08/17/2021 | | | Case Assigned to Judge Dabney L. Friedrich. (adh, ) (Entered: 08/17/2021) |
| 08/17/2021 | 5 | | SUMMONS (4) Issued Electronically as to DEPARTMENT OF THE INTERIOR, DEB HAALAND, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Notice and Consent)(adh, ) (Entered: 08/17/2021) |
| 08/17/2021 | 6 | | STANDARD ORDER for Civil Cases. See text for details. Signed by Judge Dabney L. Friedrich on August 17, 2021. (lcdlf1) (Entered: 08/17/2021) |
| 09/13/2021 | 7 | | NOTICE of Appearance by Hillary Hoffman on behalf of DEPARTMENT OF THE INTERIOR, DEB HAALAND (Hoffman, Hillary) (Entered: 09/13/2021) |
| 09/13/2021 | 8 | | NOTICE of Appearance by Rebecca M. Ross on behalf of DEPARTMENT OF THE INTERIOR, DEB HAALAND (Ross, Rebecca) (Entered: 09/13/2021) |

| | | | |
|---|---|---|---|
| 09/14/2021 | | | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 7 NOTICE of Appearance by Hillary Hoffman on behalf of DEPARTMENT OF THE INTERIOR, DEB HAALAND (Hoffman, Hillary).<br><br>Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney−admissions−and−renewal−information.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 9/21/2021. (znmw) Modified on 9/16/2021 (znmw). (Entered: 09/14/2021) |
| 09/14/2021 | 9 | | Joint MOTION for Briefing Schedule by BONITA−FORT MYERS CORPORATION, WEST FLAGLER ASSOCIATES, LTD.. (Hume, Hamish) (Entered: 09/14/2021) |
| 09/15/2021 | | | MINUTE ORDER. Upon consideration of the parties' 9 Joint Motion To Set Briefing Schedule, it is ORDERED that the following schedule shall govern further proceedings: the plaintiffs shall file a motion for summary judgment, a motion for preliminary injunction, or both in the alternative on or before September 21, 2021; the defendants shall file any response to the plaintiffs' motion and any cross−motion they deem appropriate on or before October 12, 2021; the plaintiffs shall file a reply brief in support of their initial motion and any response to the defendants' cross−motion on or before October 19, 2021; and the defendants shall file any reply brief in support of their cross−motion on or before October 26, 2021. So Ordered by Judge Dabney L. Friedrich on September 15, 2021. (lcdlf1) (Entered: 09/15/2021) |
| 09/15/2021 | | | NOTICE of Hearing: Motion Hearing set for 11/5/2021 at 10:00 AM via video before Judge Dabney L. Friedrich. (zjch, ) (Entered: 09/15/2021) |
| 09/15/2021 | | | Set/Reset Deadlines: Cross Motions due by 10/12/2021. Response to Cross Motions due by 10/19/2021. Reply to Cross Motions due by 10/26/2021. Summary Judgment motions due by 9/21/2021. Response to Motion for Summary Judgment due by 10/12/2021. Reply to Motion for Summary Judgment due by 10/19/2021. (zjch) (Entered: 09/15/2021) |
| 09/15/2021 | 10 | | NOTICE of Appearance by Chloe M. Houdre on behalf of All Plaintiffs (Houdre, Chloe) (Entered: 09/15/2021) |
| 09/15/2021 | 11 | | NOTICE of Appearance by Amy Lynn Neuhardt on behalf of All Plaintiffs (Neuhardt, Amy) (Entered: 09/15/2021) |
| 09/15/2021 | 12 | | NOTICE of Appearance by Samuel C. Kaplan on behalf of All Plaintiffs (Kaplan, Samuel) (Entered: 09/15/2021) |
| 09/17/2021 | 13 | | MOTION to Intervene *for Limited Purpose of Moving to Dismiss* by SEMINOLE TRIBE OF FLORIDA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order for Motion to Intervene, # 4 Proposed Motion to Dismiss, # 5 Exhibit A for Motion to Dismiss, # 6 Exhibit B for Motion to Dismiss, # 7 Text of Proposed Order for Motion to Dismiss)(Webster, Joseph) (Entered: 09/17/2021) |
| 09/17/2021 | | | MINUTE ORDER. The plaintiffs shall file any response to the SEMINOLE TRIBE OF FLORIDA's 13 Motion to Intervene on or before September 24, 2021. In lieu of a separate response, the plaintiffs may instead address the 13 Motion to Intervene in their forthcoming Motion for Summary Judgment. So Ordered by Judge Dabney L. Friedrich on September 17, 2021. (lcdlf1) (Entered: 09/17/2021) |

| 09/17/2021 | 14 | | NOTICE of Appearance by Joseph H. Webster on behalf of SEMINOLE TRIBE OF FLORIDA (Webster, Joseph) (Entered: 09/17/2021) |
|---|---|---|---|
| 09/17/2021 | 15 | | NOTICE of Appearance by Kaitlyn Elizabeth Klass on behalf of SEMINOLE TRIBE OF FLORIDA (Klass, Kaitlyn) (Entered: 09/17/2021) |
| 09/17/2021 | 16 | | NOTICE of Appearance by Elliott A. Milhollin on behalf of SEMINOLE TRIBE OF FLORIDA (Milhollin, Elliott) (Entered: 09/17/2021) |
| 09/17/2021 | | | Set/Reset Deadlines: Responses to Motion to Intervene due by 9/24/2021 (zjch) (Entered: 09/20/2021) |
| 09/20/2021 | | | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 16 NOTICE of Appearance by Elliott A. Milhollin on behalf of SEMINOLE TRIBE OF FLORIDA (Milhollin, Elliott).<br><br>Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney−admissions−and−renewal−information.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 9/27/2021. (znmw) Modified on 9/21/2021 (znmw). (Entered: 09/20/2021) |
| 09/21/2021 | 18 | | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Jon L. Mills, Filing fee $ 100, receipt number ADCDC−8748692. Fee Status: Fee Paid. by BONITA−FORT MYERS CORPORATION, WEST FLAGLER ASSOCIATES, LTD.. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Hume, Hamish) (Entered: 09/21/2021) |
| 09/21/2021 | 19 | | MOTION for Summary Judgment *or in the Alternative* MOTION for Preliminary Injunction by BONITA−FORT MYERS CORPORATION, WEST FLAGLER ASSOCIATES, LTD.. (Attachments: # 1 Statement of Facts, # 2 Declaration, # 3 Declaration, # 4 Declaration, # 5 Text of Proposed Order, # 6 Text of Proposed Order)(Hume, Hamish). Added MOTION for Preliminary Injunction on 9/22/2021 (zeg). (Entered: 09/21/2021) |
| 09/22/2021 | | | MINUTE ORDER granting the plaintiff's 18 Unopposed MOTION for Leave for Jon L. Mills to Appear Pro Hac Vice. Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). For instructions visit: https://www.dcd.uscourts.gov/sites/dcd/files/NextGEN_Tutorial_for_Registering_for_E−filing.pdf. So Ordered by Judge Dabney L. Friedrich on September 22, 2021. (lcdlf1) (Entered: 09/22/2021) |
| 09/23/2021 | 20 | | Consent MOTION for Extension of Time to File Response/Reply as to 13 MOTION to Intervene *for Limited Purpose of Moving to Dismiss and to Set Briefing Schedule* by BONITA−FORT MYERS CORPORATION, WEST FLAGLER ASSOCIATES, LTD.. (Attachments: # 1 Text of Proposed Order)(Hume, Hamish) (Entered: 09/23/2021) |
| 09/24/2021 | | | MINUTE ORDER granting the plaintiffs' 20 Consent Motion for Extension of Time. Accordingly, the plaintiffs will file an opposition to the Tribe's motion to intervene and conditional motion to dismiss on or before October 1, 2021; the Tribe will reply to the plaintiffs' opposition on or before October 8, 2021; the defendants will respond to the Tribe's conditional motion to dismiss on or before October 19, 2021; and the Tribe will reply to the defendants' response on or before October 26, 2021. So Ordered by Judge Dabney L. Friedrich on September 24, 2021. (lcdlf1) (Entered: 09/24/2021) |

| 09/28/2021 | 21 | | NOTICE of Appearance by Jon Lester Mills on behalf of All Plaintiffs (Mills, Jon) (Entered: 09/28/2021) |
|---|---|---|---|
| 10/01/2021 | 22 | | Memorandum in opposition to re 13 MOTION to Intervene *for Limited Purpose of Moving to Dismiss and Opposition to Motion to Dismiss* filed by BONITA−FORT MYERS CORPORATION, WEST FLAGLER ASSOCIATES, LTD.. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Hume, Hamish) (Entered: 10/01/2021) |
| 10/04/2021 | | | MINUTE ORDER. Upon review of the complaints and filings in West Flager Associates, Ltd. et al. v. Haaland et al., 21−cv−2192−DLF, and Monterra MF, LLC et al. v. Haaland et al., 21−cv−2513−DLF, it appears that it would be most efficient to consider the cases simultaneously. Summary judgment briefing in West Flager is expected to be complete on or before October 26, 2021. The Court has also scheduled a hearing in that case for November 5, 2021. As of today, the parties in Monterra have not filed any dispositive motions, and the Court has not set a briefing schedule. Accordingly, the Court directs the parties in both cases to confer and inform the Court, on or before October 8, 2021, (1) whether the Court should consolidate the cases, and (2) if so, whether the above briefing schedule and hearing date should be modified. So Ordered by Judge Dabney L. Friedrich on October 4, 2021. (lcdlf1) (Entered: 10/04/2021) |
| 10/04/2021 | | | Set/Reset Deadlines: Confer and inform the Court by 10/8/2021. (zjch, ) (Entered: 10/05/2021) |
| 10/08/2021 | 23 | | RESPONSE TO ORDER OF THE COURT re Order,,, *(Joint Response)* filed by BONITA−FORT MYERS CORPORATION, WEST FLAGLER ASSOCIATES, LTD.. (Hume, Hamish) (Entered: 10/08/2021) |
| 10/08/2021 | 24 | | REPLY to opposition to motion re 13 MOTION to Intervene *for Limited Purpose of Moving to Dismiss* filed by SEMINOLE TRIBE OF FLORIDA. (Webster, Joseph) (Entered: 10/08/2021) |
| 10/12/2021 | 25 | | MOTION to Dismiss *and Response in Opposition* by DEPARTMENT OF THE INTERIOR, DEB HAALAND. (Attachments: # 1 Proposed Order)(Ross, Rebecca) (Entered: 10/12/2021) |
| 10/12/2021 | 26 | | WITHDRAWN PURSUANT TO NOTICE FILED 10/25/2021.....MOTION to Transfer Case *to the United States District Court for the Northern District of Florida*, MOTION to Stay by DEPARTMENT OF THE INTERIOR, DEB HAALAND. (Attachments: # 1 Proposed Order, # 2 Proposed Order)(Ross, Rebecca). Added MOTION to Stay on 10/20/2021 (eg). Modified on 10/27/2021 (zeg). (Entered: 10/12/2021) |
| 10/12/2021 | 32 | | Memorandum in opposition to re 19 MOTION for Summary Judgment *or in the Alternative, a Preliminary Injunction* MOTION for Preliminary Injunction filed by DEPARTMENT OF THE INTERIOR, DEB HAALAND. (See Docket Entry 25 to view document). (eg) (Entered: 10/20/2021) |
| 10/16/2021 | 27 | | MOTION for Extension of Time to File Response/Reply as to 13 MOTION to Intervene *for Limited Purpose of Moving to Dismiss* by DEPARTMENT OF THE INTERIOR, DEB HAALAND. (Attachments: # 1 Proposed Order)(Ross, Rebecca) (Entered: 10/16/2021) |
| 10/18/2021 | | | MINUTE ORDER granting the government's 27 Motion for Extension of Time. Accordingly, the government shall file any response to the SEMINOLE TRIBE OF FLORIDA's [13−4] Motion to Dismiss on or before October 26, 2021. The Court is not inclined to grant any further extensions. So Ordered by Judge Dabney L. Friedrich on October 18, 2021. (lcdlf1) (Entered: 10/18/2021) |
| 10/18/2021 | | | Set/Reset Deadlines: Response to Dispositive Motions due by 10/26/2021. (zjch, ) (Entered: 10/18/2021) |
| 10/19/2021 | 28 | | AMICUS BRIEF by STATE OF FLORIDA. (Whitaker, Henry) (Entered: 10/19/2021) |

| 10/19/2021 | 29 | | NOTICE of Appearance by Henry Charles Whitaker on behalf of STATE OF FLORIDA (Whitaker, Henry) (Entered: 10/19/2021) |
|---|---|---|---|
| 10/19/2021 | 30 | | REPLY to opposition to motion re 25 MOTION to Dismiss *and Response in Opposition*, 19 MOTION for Summary Judgment *or in the Alternative, a Preliminary Injunction* MOTION for Preliminary Injunction *Reply to opposition to motion re 19 Motion for Summary Judgment; Opposition to 25 Motion to Dismiss* filed by BONITA−FORT MYERS CORPORATION, WEST FLAGLER ASSOCIATES, LTD.. (Attachments: # 1 Text of Proposed Order)(Hume, Hamish) (Entered: 10/19/2021) |
| 10/19/2021 | 31 | | Memorandum in opposition to re 26 MOTION to Transfer Case *to the United States District Court for the Northern District of Florida* filed by BONITA−FORT MYERS CORPORATION, WEST FLAGLER ASSOCIATES, LTD.. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Hume, Hamish) (Entered: 10/19/2021) |
| 10/25/2021 | 33 | | NOTICE OF WITHDRAWAL OF MOTION re 26 MOTION to Transfer and Stay by DEPARTMENT OF THE INTERIOR, DEB HAALAND (Hoffman, Hillary) Modified to add link on 10/27/2021 (znmw). (Entered: 10/25/2021) |
| 10/25/2021 | | | MINUTE ORDER. Upon consideration of the government's 33 Notice of Withdrawal of Motion, the government's 26 Motion to Transfer Case is dismissed as moot. So Ordered by Judge Dabney L. Friedrich on October 25, 2021. (lcdlf1) (Entered: 10/25/2021) |
| 10/26/2021 | 34 | | RESPONSE re 13 MOTION to Intervene *for Limited Purpose of Moving to Dismiss* filed by DEPARTMENT OF THE INTERIOR, DEB HAALAND. (Attachments: # 1 Proposed Order)(Ross, Rebecca) (Entered: 10/26/2021) |
| 10/26/2021 | 35 | | REPLY to opposition to motion re 25 MOTION to Dismiss *and Response in Opposition* filed by DEPARTMENT OF THE INTERIOR, DEB HAALAND. (Ross, Rebecca) (Entered: 10/26/2021) |
| 10/29/2021 | 36 | | MOTION for Leave to File *Response to Amicus Curiae Brief of the State of Florida* by BONITA−FORT MYERS CORPORATION, WEST FLAGLER ASSOCIATES, LTD.. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit 1)(Hume, Hamish) (Entered: 10/29/2021) |
| 11/01/2021 | 37 | | REPLY to opposition to motion re 13 MOTION to Intervene *for Limited Purpose of Moving to Dismiss* filed by SEMINOLE TRIBE OF FLORIDA. (Webster, Joseph) (Entered: 11/01/2021) |
| 11/02/2021 | | | MINUTE ORDER granting the plaintiffs' 36 Motion for Leave to File Response to Amicus Curiae Brief of the State of Florida. So Ordered by Judge Dabney L. Friedrich on November 2, 2021. (lcdlf1) (Entered: 11/02/2021) |
| 11/02/2021 | 38 | | NOTICE of Appearance by Barry Richard on behalf of SEMINOLE TRIBE OF FLORIDA (Richard, Barry) (Entered: 11/02/2021) |
| 11/03/2021 | 39 | | NOTICE *of Material Factual Development and Intent to Rely Upon Additional Evidence at Hearing* by BONITA−FORT MYERS CORPORATION, WEST FLAGLER ASSOCIATES, LTD. (Attachments: # 1 Exhibit A)(Hume, Hamish) (Entered: 11/03/2021) |
| 11/05/2021 | | | Minute Entry for proceedings held before Judge Dabney L. Friedrich: Motion Hearing held on 11/5/2021 re (25 in 1:21−cv−02192−DLF) MOTION to Dismiss *and Response in Opposition* filed by DEB HAALAND, DEPARTMENT OF THE INTERIOR, (19 in 1:21−cv−02192−DLF, 19 in 1:21−cv−02192−DLF) MOTION for Summary Judgment *or in the Alternative, a Preliminary Injunction* MOTION for Preliminary Injunction filed by WEST FLAGLER ASSOCIATES, LTD., BONITA−FORT MYERS CORPORATION, (37 in 1:21−cv−02513−DLF) MOTION for Summary Judgment filed by 2060 BISCAYNE BOULEVARD, LLC, 2060 NE 2ND AVE., LLC, 2020 |

| | | | |
|---|---|---|---|
| | | | BISCAYNE BOULEVARD, LLC, 246 NE 20TH TERRACE, LLC, MONTERRA MF, LLC, JAMES CARR, NORMAN BRAMAN, ARMANDO CODINA, NO CASINOS, (35 in 1:21−cv−02513−DLF) MOTION to Dismiss filed by UNITED STATES DEPARTMENT OF THE INTERIOR, DEB HAALAND, (Supplemental Brief due by 11/9/2021.). Court Reporter Sara Wick. (zjch, ) (Entered: 11/05/2021) |
| 11/05/2021 | | | MINUTE ORDER. Upon review of the record in this case, the Court is concerned by the government's refusal, both in its briefing and at oral argument, to respond to the plaintiffs' 19 Motion for Summary Judgment. Although the government insists that it had no obligation to address that motion at this stage of the proceeding, and further that it may be entitled to an additional round of briefing on the arguments contained therein, the record soundly refutes its position. To start, in signing the parties' 9 Joint Motion for Briefing Schedule, the government agreed to a briefing schedule that would "present to the Court the purely legal issues in this case in a time frame that will allow for a decision on those issues by or before November 15, 2021." Dkt. 9 at 2. Later, when the Court adopted that schedule, it ordered the government to "file any response to the plaintiffs' motion and any cross−motion they deem appropriate on or before October 12, 2021," which made clear that the government was obliged to file its complete response to the plaintiffs' motion by the above date. See Minute Order of September 15, 2021. The Government appeared to recognize as much in its dispositive motion, which it styled in part as an "Opposition to Plaintiffs' Motion for Summary Judgment." See Dkt. 25. And no subsequent filing from the government advanced the novel argument that its filing a motion to dismiss could toll a briefing schedule adopted by this Court. For related reasons, the Court is concerned by the government's failure to file any materials from the administrative record. Local Rule 7(n) provide that, "unless otherwise ordered by the Court, the agency must file a certified list of the contents of the administrative record... simultaneously with the filing of a dispositive motion." LCvR 7(n)(1). "Thereafter," the Rule provides, "counsel shall provide the Court with an appendix containing copies of those portions of the administrative record that are cited or otherwise relied upon in any memorandum." Id. Here, the Court ordered no exemption from Rule 7(n). And although the government argues that the Rule does not apply here, its argument lacks any basis in either the Rule's text or controlling precedent. In these circumstances, the Court could, but will not, construe the above errors to forfeit any argument omitted from the government's prior briefing. At the same time, to minimize prejudice to the plaintiffs and discourage further gamesmanship by government counsel, the Court will require the government to file any supplemental brief on an expedited basis. Accordingly, the government is ORDERED to both submit any supplemental brief and comply with Local Rule 7(n) on or before November 9, 2021. Because the Court has received thorough briefing from the plaintiffs in both this case and the Monterra action, it does not anticipate that further briefing from those parties will be helpful. Should the Court reach a contrary conclusion, however, it will both notify those parties on or before November 11, 2021, and give them adequate time to prepare a response. So Ordered by Judge Dabney L. Friedrich on November 5, 2011. (lcdlf1) (Entered: 11/05/2021) |
| 11/09/2021 | 40 | | NOTICE *of Filing of the Certified List of the Contents of the Administrative Record* by DEPARTMENT OF THE INTERIOR, DEB HAALAND (Ross, Rebecca) (Entered: 11/09/2021) |
| 11/09/2021 | 41 | | SUPPLEMENTAL MEMORANDUM to *Address Merits Arguments* filed by DEPARTMENT OF THE INTERIOR, DEB HAALAND. (Attachments: # 1 Appendix)(Ross, Rebecca) (Entered: 11/09/2021) |
| 11/22/2021 | 42 | | ORDER granting the plaintiffs' 19 Motion for Summary Judgment, denying the government's 25 Motion to Dismiss, and denying as moot the Seminole Tribe of Florida's 13 Motion to Intervene. See text for details. The Clerk of Court is directed to close this case. Signed by Judge Dabney L. Friedrich on November 22, 2021. (lcdlf1) (Entered: 11/22/2021) |

| | | | |
|---|---|---|---|
| 11/22/2021 | 43 | | MEMORANDUM OPINION regarding the plaintiffs' 19 Motion for Summary Judgment, the government's 25 Motion to Dismiss, and the Seminole Tribe of Florida's 13 Motion to Intervene. See text for details. Signed by Judge Dabney L. Friedrich on November 22, 2021. (lcdlf1) (Entered: 11/22/2021) |
| 11/23/2021 | 44 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 42 Order on Motion to Dismiss,, Order on Motion to Intervene,, Order on Motion for Summary Judgment,, Order on Motion for Preliminary Injunction, 43 Memorandum & Opinion, by SEMINOLE TRIBE OF FLORIDA. Filing fee $ 505, receipt number ADCDC−8886094. Fee Status: Fee Paid. Parties have been notified. (Webster, Joseph) (Entered: 11/23/2021) |
| 11/23/2021 | 45 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 44 Notice of Appeal to DC Circuit Court,. (zeg) (Entered: 11/23/2021) |
| 11/23/2021 | 46 | | MOTION to Stay *Pending Appeal and Motion for Expedited Consideration* by SEMINOLE TRIBE OF FLORIDA. (Attachments: # 1 Declaration of Marcellus W. Osceola, Jr., # 2 Text of Proposed Order)(Webster, Joseph) (Entered: 11/23/2021) |
| 11/24/2021 | | | USCA Case Number 21−5265 for 44 Notice of Appeal to DC Circuit Court, filed by SEMINOLE TRIBE OF FLORIDA. (zeg) (Entered: 11/24/2021) |
| 11/24/2021 | 47 | | ORDER denying the Seminole Tribe of Florida's 46 Motion for Stay Pending Appeal. See text for details. Signed by Judge Dabney L. Friedrich on November 24, 2021. (lcdlf1) (Entered: 11/24/2021) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEST FLAGLER ASSOCIATES *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEB HAALAND,<br>Secretary, U.S. Department of the Interior,<br>*et al.*,<br><br>*Defendants*. | No. 21-cv-2192 (DLF) |

## ORDER

The Indian Gaming Regulation Act (IGRA) requires the Secretary of the Interior to reject gaming compacts that violate its terms. *See Amador Cty. v. Salazar*, 640 F.3d 373, 381–83 (D.C. Cir. 2011). On November 22, 2021, this Court set aside the Secretary's approval of a compact that authorized the Seminole Tribe of Florida to offer online sports betting throughout the State of Florida. *See* Order of Nov. 22, 2021, Dkt. 42. In doing so, the Court rejected the argument that the Tribe was an indispensable party to the litigation. *See* Mem. Op. of Nov. 22, 2021, at 12–17, Dkt. 43. Before the Court is the Tribe's motion to stay the above decision pending appeal. Dkt. 46. For the following reasons, the Court will deny the motion.

A stay pending appeal is an "extraordinary remedy," *Cuomo v. U.S. Nuclear Regul. Comm'n*, 772 F.2d 972, 978 (D.C. Cir. 1985) (per curiam), as it "is an intrusion into the ordinary processes of administration and judicial review," *Nken v. Holder*, 556 U.S. 418, 427 (2009) (internal quotation marks omitted). To obtain the remedy, the moving party bears the burden of showing that such an intrusion is warranted upon consideration of four factors: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether

the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Id.* at 433–34 (internal quotation marks omitted). In this case, these factors weigh against extraordinary relief.

Starting with the first factor, the Tribe has not shown a substantial likelihood of success on the merits. The Court addressed indispensability at length in its Memorandum Opinion. *See* Mem. Op. at 12–17. And although the Tribe now challenges that opinion's reasoning, its new arguments do not persuade. To start, the Tribe argues that immunity should "be viewed as one of those interests compelling by themselves" in assessing indispensability. Tribe's Mot. for Stay Pending Appeal at 7, Dkt. 46 (quoting *Kickapoo Tribe of Indians of Kickapoo Rsrv. in Kansas v. Babbitt*, 43 F.3d 1491, 1496 (D.C. Cir. 1995)). But this Court gave effect to that principle in the same manner that the D.C. Circuit did in *Kickapoo*: by limiting its indispensability analysis to the factors listed in Federal Rule of Civil Procedure 19(b). *See Kickapoo*, 43 F.3d at 1496–97. The Tribe also argues that the Secretary inadequately represented its interests in this case. *See* Tribe's Mot. at 8. But the Secretary shares the Tribe's position on the interpretation of IGRA. *See* Mem. Op. at 14–15. The Court addressed government counsel's shortcomings by ordering supplemental briefing, *see* Min. Order of Nov. 5, 2021, which ultimately raised the best arguments for the Tribe's position, *see* Suppl. Mem., Dkt. 41. A stronger presentation would not have changed the case's outcome, as both IGRA's text and Supreme Court precedent require vacating the Secretary's approval. *See* Mem. Op. at 18–23. And because controlling precedent forecloses severing that approval, *see id.* at 24 n.8 (citing *Amador Cty.*, 640 F.3d at 378), the Secretary had no cause to request severance. Accordingly, for the reasons discussed in its Memorandum Opinion, the Court concludes that the Tribe is unlikely to succeed on the merits.

The Court is also unpersuaded that the Tribe's motion raises "serious legal questions," as the phrase is used in the D.C. Circuit's "sliding scale" cases. *See, e.g.*, *Sherley v. Sebelius*, 644 F.3d 388, 398 (D.C. Cir. 2011). First, the Tribe describes as a serious legal question whether the plaintiffs could "conduct an end run around of the Tribe's immunity by filing suit against the United States." Tribe's Mot. at 8. But the plaintiffs here challenged the same kind of agency action that the D.C. Circuit found to be reviewable in *Amador County*, 640 F.3d at 381–83. *See* Mem. Op. at 16–17. And it is straightforward that challenging federal agency action under the Administrative Procedure Act does not implicate the Tribe's sovereign immunity. *See id.* at 14. The Tribe also argues that its motion necessarily raises a serious question because this Court's opinion conflicts with *PPI, Inc. v. Kempthorne*, 2008 WL 2705431 (N.D. Fla. July 8, 2008). *See* Tribe's Mot. at 8–9. But it takes more than judicial disagreement to warrant a stay. *See, e.g.*, *Nat'l Tr. for Historic Pres. in U.S. v. FDIC*, 995 F.2d 238 (D.C. Cir. 1993) (denying a stay over a dissent). And *PPI* both misstated the role of sovereign immunity in these circumstances and failed to address a strange consequence of its holding: that the Secretary's approval of gaming compacts would "*never* be subject to judicial review because the nonjoinder of a tribe [would] *always* require dismissal," Mem. Op. at 16; *see also id.* at 16–17 (noting tension between that consequence and *Amador County*). The Tribe has thus failed to identify a serious legal question in this case, which is a sufficient basis for denying a stay. *See Sherley*, 644 F.3d at 393.

Turning regardless to the second stay factor, the Tribe has failed to show that this Court's decision will cause it irreparable harm. *See Nken*, 556 U.S. at 434. The Tribe cannot show an injury to its sovereign immunity because this case does not implicate that immunity. *See supra*. And although the Tribe has a substantial economic interest in the instant Compact, *see* Tribe's Mot. at 11–12, "[e]conomic loss does not, in and of itself, constitute irreparable harm,"

*Randolph-Sheppard Vendors of Am. v. Weinberger*, 795 F.2d 90, 108 (D.C. Cir. 1986) (citation omitted). Moreover, turning to the third stay factor, granting a stay would injure the plaintiffs, who have shown that the compact's operation causes them an ongoing competitive injury. *See* Mem. Op. at 9–11. Because there are economic losses on both sides of this case, the Court is hesitant, while sitting in equity, to transfer those losses to the party that prevailed at law.

On the last factor, any public interest in preserving the compact does not outweigh the above considerations. *See Nken*, 556 U.S. at 434 (noting that the first two stay factors "are the most critical"). First, "[t]here is generally no public interest in the perpetuation of unlawful agency action." *League of Women Voters of United States v. Newby*, 838 F.3d 1, 12 (D.C. Cir. 2016). Second, although the Tribe invokes an interest in preserving the status quo, *see* Tribe's Mot. at 14, online gaming under the Compact began only on November 1, 2021, and the Tribe previously represented that it would not begin until November 15, *see* Mem. Op. at 5. Third, the Compact specifically provided for the disallowance of online sports betting, *see* Pls.'s Mot. in Opp. to the Tribe's Mot. to Intervene at 7, Dkt. 22 (collecting provisions), which suggests that such disallowance will not be especially disruptive, *see also* Mem. Op. at 24 (noting that the Tribe's prior gaming compact remains in effect). Fourth, the State, the Tribe, and the Secretary can mitigate the effects of this Court's decision by approving a new, lawful Compact in short order. *See id.* at 24–25. And finally, the Court's decision did not foreclose other avenues for authorizing online sports betting in Florida, including a citizen's initiative, *see* Fl. Const. art. X, § 30(a). *See* Mem. Op. at 24–25. Those avenues cut against considering the general costs and benefits of online sports betting in this posture.

For the reasons stated above, in addition to those stated in the Memorandum Opinion, the Court finds that Tribe does not satisfy the requirements for the "extraordinary remedy" of a stay. *Cuomo*, 772 F.2d at 978. Accordingly, it is

**ORDERED** that the Seminole Tribe of Florida's Motion to Stay Pending Appeal, Dkt. 46, is **DENIED**.

*[Signature]*
DABNEY L. FRIEDRICH
United States District Judge

November 24, 2021