IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WEST FLAGLER ASSOCIATES, LTD., d/b/a MAGIC CITY CASINO; AND BONITA-FORT MYERS CORPORATION, d/b/a BONITA SPRINGS POKER ROOM, | ) ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Civil Action No. 1:21-cv-02192-DLF |
| DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior; and THE UNITED STATES DEPARTMENT OF THE INTERIOR, | ) ) ) ) ) ) | |
| *Federal Defendants*. | ) ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Federal Defendants Deb Haaland, in her official capacity as Secretary of the Interior, and the United States Department of the Interior, by and through their undersigned counsel, hereby appeal to the United States Court of Appeals to the District of Columbia Circuit from the Order and Memorandum Opinion entered in the above-named action on November 22, 2021 (ECF Nos. 42 and 43), granting Plaintiffs' Motion for Summary Judgment; denying Federal Defendants' Motion to Dismiss, and denying as moot the Seminole Tribe of Florida's Motion for Limited Intervention.

Respectfully submitted this 19th day of January, 2022.

                                            TODD KIM
                                            Assistant Attorney General
                                            Environment and Natural Resources Division

|  |  |
|---|---|
|  | /s/ Rebecca M. Ross |
|  | REBECCA M. ROSS, Trial Attorney |
|  | HILLARY K. HOFFMAN, Trial Attorney |
|  | Indian Resources Section |
|  | Environment and Natural Resources Division |
|  | United States Department of Justice |
| OF COUNSEL: | P.O. Box 7611, Ben Franklin Station |
| JODY H. SCHWARZ | Washington, DC 20044 |
| Senior Attorney | Telephone:  (202) 616-3148 |
| Office of the Solicitor | rebecca.ross@usdoj.gov |
| Division of Indian Affairs | hillary.hoffman@usdoj.gov |
|  | *Attorneys for Federal Defendants* |

## CERTIFICATE OF SERVICE

      I, Rebecca M. Ross, hereby certify that on January 19, 2022, I caused the foregoing NOTICE OF APPEAL to be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

      /s/ *Rebecca M. Ross*
      REBECCA M. ROSS, Trial Attorney
      Indian Resources Section
      Environment and Natural Resources Division
      United States Department of Justice